## SPAULDING MFG. CO. v. BUCKHOLTZ *et al.*

No. 5516.   Opinion Filed October 14, 1913.

(135 Pac. 1052.)

**APPEAL AND ERROR**—Dismissal—Summons.   Syllabus same as **Watkins et al. v. Barnwell,** 35 Okla. 205, 128 Pac. 511.

(Syllabus by the Court.)

*Error from County Court, Carter County;*
*W. F. Freeman, Judge.*

Action by the Spaulding Manufacturing Company against G. W. Buckholtz and others. Judgment for defendants, and plaintiff brings error. Dismissed.

*Moore & Bass,* for plaintiff in error.

*Sigler & Howard,* for defendants in error.

PER CURIAM. In this case the demurrer of G. W. Buckholtz, defendant in error, was sustained to the petition of the plaintiff, Spaulding Manufacturing Company, February 27, 1913, and a motion for a new trial was overruled that same day in the trial court. Petition in error and case-made was filed in this court August 26, 1913, but there was no waiver of issuance and service of summons in error until August 29, 1913, or until after six months had expired from the date of the judgment. Neither was a praecipe for summons in error filed or summons issued thereon or a general appearance made within six months. This being the state of the record, the law in *Watkins et al. v. Barnwell,* 35 Okla. 205, 128 Pac. 511, rules this case.

The motion to dismiss is sustained, and the cause ordered dismissed.

All the Justices concur, except WILLIAMS, J., absent and not participating.